IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN BURNS,**

    *Plaintiff*,

v.                                     Case No.: 1:25cv51-MW/HTC

**THOMAS CONGER, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i)" The Clerk shall close the file.

**SO ORDERED on March 11, 2025.**

                                              s/Mark E. Walker            
                                              **Chief United States District Judge**